United States District Court
District of Massachusetts

# 04 10150 RGS

MAGISTRATE JUDGE Alexander

January 21, 2004

Clerk of Courts
United States District Court
District of Massachusetts
Moakley Building
Boston, Ma 02110

*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*
*2004 JAN 23 A 11:45*
*FILED IN CLERKS OFFICE*

RE: Filing of Court Documents.

To Whom It May Concern ;

I'm Writing You this letter to Request that you file all the following documents for this case.

(1). 1 Complaint

(2). 1 Letter

Thank you for all Your cooperation and consideration in this matter.

Respectfully Submitted

Warren R Griswold
17 Court Street
Boston, Ma 02110

United States District Court
District of Massachusetts

Warren Richard Griswold
Plaintiff

Vs

Khalif Muhammad
Defendant

(1)

United States District Court
District of Massachusetts

Parties

**04 10150 RGS**

(1). The Plaintiff is Warren Richard Griswold, a resident of Boston, Suffolk an ex Army Soldier and a United States Citizen.

(2). The Defendant is Khalif Muhammad the Deputy officer of Al Queda and a citizen of Saudi Arabia.

(2).

United States District Court
District of Massachusetts

Jurisdiction

(3). This honorable court has Jurisdiction over this matter pursuant to 18 U.S.C. sec 1331 et, seq.

(3).

United States District Court
District of Massachusetts

Complaint

(4). In the Presidentcy of Franklin Roosevelt it was signed into an agreement to protect Saudi Arabia in exchange for oil.

(5). Al Queda Violated the Agreement by the September 11th Attack.

(6). The Attack was not Authorized by allah.

(7). No Authorization was given to break the U.S. Saudi Agreement by Allah.

(8). Wherefore Allah will bring his wrath on all in the form of all oil wells in the middleeast will shut down indeffinatly, and a metorite will strike the earth in the middleeastern region.

(9). Michael Newdow and the atheist will receive up to ten new plages for the ten commandments in Alabama.

(10) Eight to Twelve females will be chosen for Martyrs.

(11). Muhammad Moses must walk from Goshen to Mount Sinai to receive the final word from Allah on all events, and marry one or more of the martyrs.

(12). As a sign of repentance the World Trade Center will be rebuilt by Muslims Only.

(13). Wherefore The plaintiff demands Justice or as this Honorable court deems Just

Signed under the Pains and Penaltys of perjury

*Warren Griswold* (signature)

Warren Richard Griswold
17 court street
Boston, ma. 01208