UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-10150-RGS

WARREN RICHARD GRISWOLD

v.

KHALIF MUHAMMAD

ORDER OF DISMISSAL

January 27 2004

STEARNS, D.J.

The above-styled Complaint is hereby dismissed with prejudice pursuant to the authority granted to the court pursuant to 28 U.S.C. § 1915(e)(2)(B).

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE